```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 12785
    MARIA M ZAVALA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-1560


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/20/2008 and was not confirmed.

    The case was dismissed without confirmation 07/31/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG          .00           .00           .00
SAXON MORTAGE             UNSECURED        NOT FILED           .00           .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE    25000.00            .00           .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED           .00           .00
CITIMORTGAGE              UNSECURED        NOT FILED           .00           .00
SAM'S CLUB                UNSECURED        NOT FILED           .00           .00
NATIONWIDE COMMERCIAL LP  UNSECURED           267.82           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED           .00           .00
SAXON MORTGAGE SERVICES   NOTICE ONLY      NOT FILED           .00           .00
RIVER NORTH GROUP         DEBTOR ATTY       1,250.00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                      ---------------       ---------------
TOTALS                      .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 12785 MARIA M ZAVALA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                              /s/ Tom Vaughn  
Dated: 10/29/08                _____  
                                              TOM VAUGHN  
                                              CHAPTER 13 TRUSTEE